UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DONOVAN CHARLES STONER, ) | |
|                              ) | 3:06-cv-00324-LRH-VPC |
| Plaintiff,         ) | |
|                              ) | ORDER |
| vs.                          ) | |
|                              ) | |
| JAMES STOGNER, et al.,       ) | |
|                              ) | |
| Defendants.        ) | |

Before the court is Plaintiff's Motion for Reconsideration: Denial of Motion to Strike (#68), which the court will treat as an opposition to the Magistrate's Order refusing to strike a defense request for a five (5) day enlargement of time. Defendants filed their opposition (#70) and Plaintiff replied (#72).

The Court has conducted its review in this case, has fully considered the Plaintiff's opposition, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1). The Magistrate Judge's ruling was warranted, was on a non-substantive procedural issue, and was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#62) is sustained.

IT IS SO ORDERED.

DATED this 6th day of November, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE