UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DONOVAN CHARLES STONER, | 3:06-cv-00324-LRH (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | November 7, 2007 |
| JAMES STOGNER, et al., | |
| Defendant(s). | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On August 27, 2007, plaintiff filed a "motion to show defense perjury," arguing that defendant Stogner perjured himself in filed documents because some of his statements conflict, and that defense counsel suborned defendant Stogner's perjury (#73). Defendants opposed (#76) and plaintiff replied (#77).

Careful review of plaintiff's contentions reveals that plaintiff merely disagrees with defendants' evidence and testimony. This does not make defendants' statements untruthful. Plaintiff's "motion to show defense perjury" (#73) is **DENIED**.

   **IT IS SO ORDERED.**

                                             LANCE S. WILSON, CLERK

                              By:       /s/
                                       Deputy Clerk