UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DONOVAN CHARLES STONER,            )<br>                                                         )<br>            Plaintiff,              )<br>                                                         )<br>v.                                                    )<br>                                                         )<br>JAMES STOGNER, et al.,               )<br>                                                         )<br>            Defendants.          )<br>_____ ) | 3:06-cv-00324-LRH (VPC)<br><br>O R D E R |

        Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (Doc. #86) entered on November 7, 2007, recommending denying Plaintiff's Motion for Summary Judgment (Doc. #40) filed on May 24, 2007, and granting in part and denying in part Defendants' Motion for Partial Summary Judgment (Doc. #50/51) filed on June 20 and June 21, 2007.  Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (Doc. #88) on November 19, 2007, and Defendants filed their Reply to Plaintiff's Opposition to Report and Recommendation of U.S. Magistrate Judge on December 5, 2007 (Doc. #90), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

        The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (Doc. #86) entered on November 7, 2007, should be adopted and

1 accepted.

2     IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation
3 (Doc. #86) entered on November 7, 2007, is adopted and accepted, and Plaintiff's Motion for Summary
4 (#40) is DENIED and Defendants' Motion for Partial Summary Judgment (Doc. #50/51) is GRANTED
5 IN PART and DENIED IN PART.

6     IT IS SO ORDERED.

7     DATED this 14th day of December, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2