UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

DONOVAN CHARLES STONER, )
) 3:06-cv-00324-LRH-VPC
        Plaintiff, )
) ORDER
vs. )
)
JAMES STOGNER, et al., )
)
        Defendants. )
)

    Before the court is Plaintiff's Petition for Reconsideration by Judge Larry R. Hicks of Denial of Judicial Notice Entered by Magistrate Valerie P. Cooke (Document #83) (#87[1]), Defendants' Opposition (#89) and Plaintiff's Reply (#91).

    The Court has conducted its review in this case, has fully considered the Plaintiff's petition, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling is neither clearly erroneous nor contrary to law.

    The Magistrate Judge's Order (#83) will, therefore, be sustained and Plaintiff's Petition for Reconsideration (#87) is denied.

    IT IS SO ORDERED.

    DATED this 27th day of December, 2007.

                                              LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.